**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

PETER C. CARTER                                                                            PLAINTIFF

v.                           NO.  3:09cv00111 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                   DEFENDANT

<u>JUDGMENT</u>

Pursuant to the Memorandum and Order entered this date, judgment is entered affirming the final determination of the Commissioner and dismissing this case, with prejudice; the relief sought is denied.

IT IS SO ORDERED this 28th day of July, 2010.


_____
UNITED STATES MAGISTRATE JUDGE